# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00307 |
| Jeffrey McKellop | ) Assigned To : Faruqui, Zia M. |
| DOB: XXXXXX | ) Assign. Date : 3/15/2021 |
|  | ) Description: Complaint w/ Arrest Warrant |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ____Columbia____, the defendant(s) violated:

*Code Section* — *Offense Description*

18 U.S.C. § 111(a)(1), (b)- Assaulting, Resisting, or Impeding Certain Officers with a Deadly or Dangerous Weapon,
18 U.S.C. § 231(a)(3)- Obstruction of Law Enforcement During Civil Disorder,
40 U.S.C. § 5104(e)(2)- Violent Entry and Disorderly Conduct on Capitol Grounds,
18 U.S.C. § 1752(a)(1), (b)(1)(A)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority With a Deadly or Dangerous Weapon,
18 U.S.C. § 1752(a)(2), (b)(1)(A)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds, with a Deadly or Dangerous Weapon,
18 U.S.C. § 1752(a)(4), (b)(1)(A)- Engaging in Physical Violence in a Restricted Building or Grounds, with a Deadly or Dangerous Weapon.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Jeffrey Johannes, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 03/15/2021

*Judge's signature*

City and state: Washington, D.C.       Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*