IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>JEFFERY MCKELLOP<br>Defendant. | CASE NO.: 1:21-mj-00307 |

## MOTION TO APPEAR PRO HAC VICE

In accordance with the Rules Governing the Admission of Attorneys of the United States District Court for the District of Columbia, the undersigned respectfully moves for the admission *pro hac vice* of Seth Q. Peritz for the purposes of appearance as co-counsel on behalf of Jeffrey McKellop in the above styled matter only. Counsel makes this motion pursuant to Local Rules LCrR 44.1 (c) and (d).

1. Seth Q. Peritz is admitted to practice in the state of Virginia. Additionally, he is a member of the Bar with the Eastern District of Virginia.

2. Movant Gregory T. Hunter is a member in good standing of the Virginia State Bar and of this Court;

3. Seth Q. Peritz's full name, address and contact information are as follows:

Seth Quint Peritz
Crowley Peritz Law
10560 Main Street, Suite 501
Fairfax, Virginia 22030
Office:   (703) 337-3773
Fax:      (703) 935-0050
Seth@CrowleyPeritzLaw.com

4. Seth Q. Peritz has not been admitted *pro hac vice* to this Court in the last two years.

5. Seth Q. Peritz certifies, by notarized attestation below, that he has not been disciplined by any bar.

For the above-stated reasons, counsel respectfully requests that this motion be granted.

RESPECTFULLY REQUESTED,

/s/ Gregory T. Hunter
GREGORY T. HUNTER

Gregory T. Hunter
Attorney and Counselor at Law
Virginia State Bar No. 45489
2055 North 15 Street
Suite 302
Arlington, Virginia 22201
Phone: (703) 966-7226
Fax:    (703) 527-0810
GregHunter@mail.com

CERTIFICATION: I, Seth Q. Peritz, swear and affirm under penalty of perjury that the above stated facts are true and accurate.

SETH Q. PERITZ

STATE OF VIRGINIA
FAIRFAX COUNTY

Before me, the undersigned authority, a Notary Public in and for said County and State, personally appeared **SETH Q. PERITZ**, to me known, and who, after being first duly sworn, did depose and say that the matters and things alleged in the foregoing Affidavit are true and correct to the best of his information, knowledge and belief.

Given under my hand and official seal this the 18th day of March, 2021.

02/28/2023
My Commission Expires                                    Notary Public

CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of March, 2021, I have served a copy of the foregoing upon the United States Attorney by electronically filing the same using the electronic filing system.

/s/ Gregory T. Hunter
GREGORY T. HUNTER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
Plaintiff,

v.

CASE NO.: 1:21-mj-00307

JEFFERY MCKELLOP
Defendant.

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Seth Q. Peritz, pursuant to the Rules Governing the Admission in the United States District Court for the District of Columbia. This Court having considered the motion and all other relevant factors, it is hereby:

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Seth Q. Peritz may appear and participate in this action on behalf of Jeffrey McKellop. The Clerk shall provide electronic notification of all electronic filings to Seth Q. Peritz at Seth@CrowleyPeritzLaw.com.

It is ORDERED this _____ day of March 2021.

_____
JUDGE