IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>            v.<br><br>JEFFERY MCKELLOP<br>    Defendant. | CASE NO.:  1:21-mj-00307 |

### MOTION TO FOR REVOCATION OR REVIEW OF PRETRIAL DETENTION ORDER

COMES NOW, the Defendant, Jeffrey McKellop, by and through counsel, and moves that the decision of Magistrate Judge Faruqui be reviewed by the Chief Judge of this Court, that the detention order be revoked, and a hearing with oral argument be granted. In support of this motion the Defendant asserts the following:

1. Jeffrey McKellop was arrested on March 17, 2021 on five (5) felony charges and one (1) misdemeanor charge, related to his alleged conduct on January 6, 2021.

2. Mr. McKellop was given an initial appearance on March 18, 2021, at which time the government orally moved to detain Mr. McKellop pending trial, and a detention hearing was schedule for March 22, 2021.

3. The basis for the government's motion was under 18 U.S.C. §§3142(f)(1)(A) and 3142(f)(1)(E).

4. During the hearing on the March 22, 2021, Mr. McKellop suffered a medical event, and the hearing was paused to be continued March 23, 2021.

5. The hearing concluded on March 23, 2021 and Magistrate Judge Faruqui found the Mr. McKellop, though not a flight risk, was a danger to the community sufficient to be detained pending trial.

6. Under 18 U.S.C. §3145(b) "If a person is ordered detained by magistrate judge . . . the person may file, with the court having original jurisdiction over the offense, a motion for revocation or amendment of the order. The motion shall be determined promptly."

7. Further, pursuant to Local Criminal Rule 59.3(a), review of any order by a magistrate judge in a criminal case that is not assigned to a district court judge, is to be made the to the Chief Judge, within 14 days.

8. Local Criminal Rule 59.3(b) also states that such review shall be a *de novo* review. *See also United States v. Chrestman*, No. 21-mj-218-ZMF (D.D.C. February 26, 2021) (determining that the Bail Reform Act, Federal Magistrates Act, and Local Rules of this Court support the conclusion that review of a magistrate judge's detention order is a *de novo* review by the district court).

For the above-stated reasons, counsel respectfully requests that this motion be granted.

RESPECTFULLY REQUESTED,

JEFFREY MCKELLOP
*By Counsel*

/s/ Seth Q. Peritz
_____
Seth Quint Peritz, Esquire
Virginia State Bar Number 91240
Crowley Peritz Law
10560 Main Street, Unit 501
Fairfax, Virginia 22030
Office: (703) 337-3773
Fax:    (703) 935-0050
Email: Seth@CrowleyPeritzLaw.com
*Counsel for Defendant*
**Appearing** *Pro Hac Vice*